**BEFORE:** A. Kathleen Tomlinson, USMJ    **DATE:** 11-12-2015    **TIME START:** 3:26 p.m. (1 hr 2 mins)
(Total time for all defendants)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★ NOV 12 2015 ★

LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET #:** MJ-15-1056    **CAPTION:** USA v. Hadi et al.

*DEFENDANT*: Mohammad Hadi    Deft. #1           **COUNSEL:** Hassan Ahmad
_X_ Present ___ Not Present    _X_ In custody ___ Bail    ___ CJA _X_ Retained ___ Federal Defenders
**FTR:** 4:24-4:48
**PRETRIAL REPORT PREPARED BY:** Marnie Geradino    ___ present ___ not present

*DEFENDANT*: Rizwan Ahmed    Deft. #2           **COUNSEL:** Sanford Talkin
_X_ Present ___ Not Present    _X_ In custody ___ Bail    ___ CJA _X_ Retained ___ Federal Defenders
**FTR:** 3:54-4:15
**PRETRIAL REPORT PREPARED BY:** Robert Stehle    ___ present _X_ not present

*DEFENDANT*: Salman Siddiqui    Deft. #3           **COUNSEL:** John Carman
_X_ Present ___ Not Present    _X_ In custody ___ Bail    ___ CJA _X_ Retained ___ Federal Defenders
**FTR:** 3:26-3:43
**PRETRIAL REPORT PREPARED BY:** Joseph Elie    _X_ present ___ not present

**GOVERNMENT:** Lara Gatz    **COURT REPORTER:** N/A

**INTERPRETER:** N/A (affirms) - Language-

**COURTROOM DEPUTY:** Mary Ryan

_X_    Case called.

_X_    Defendant(s): **ALL DEFENDANTS** arraigned on the Complaint.

_X_    Defendant(s): **ALL DEFENDANTS** initial appearance.

_X_    Waiver of Preliminary Hearing executed for defendant(s): **ALL DEFENDANTS**.

___    Speedy Trial Order Information:    Code Type: _X-_
                                          Start Date: _____ XSTART
                                          Stop Date: _____ XSTOP

___    Waiver of Speedy Trial executed:   Time excluded from _____ through _____ .

___    **APPLICATION AND ORDER OF EXCLUDABLE DELAY** executed:.
       Defendant(s) waives speedy indictment time from _____ through _____ .

_X_    Order Setting Conditions of Release and Bond executed for defendant(s): **ALL DEFENDANTS**. See bond for details.

___    Temporary Order of Detention entered for defendant(s):

___    Detention Hearing scheduled for: _____

___    Permanent Order of Detention entered for defendant:

___    Status Conference set for: _____ at _____ before District Judge _____

_X_    Defendant(s), **ALL DEFENDANTS**, released on Bond.

___    Defendant(s), _____ , remains in custody.

(Cont'd)

**OTHER:**

<u>As to **Mohammad Hadi**</u>:   Passport to be turned over to Pretrial Services by AUSA at conclusion of hearing.  Court advises sureties, defendants parents and wife, present in courtroom of the conditions of bond and the risks in signing bond.  Sureties and defendant acknowledge and sign bond.  Guns in possession of defendant to be turned over to the proper authorities by 11/16/2015.  Confession of Judgement to be filed on or before November 20, 2015.

<u>As to **Rizwan Ahmed**</u>:   Passport to be turned over to Pretrial Services by AUSA at conclusion of hearing.  Court advises sureties, defendants parents and wife, present in courtroom of the conditions of bond and the risks in signing bond.  Sureties and defendant acknowledge and sign bond.  Confession of Judgement to be filed on or before November 20, 2015.  AUSA returned defendant driver's license to defendant during court proceeding.

<u>As to **Salman Siddiqui**</u>:   Surety, Aneebe Rehman, wife of defendant, present to sign bond.  Court advises Ms Rehman and defendant of the conditions of bond and the risks in signing bond.  Surety and defendant acknowledge and sign bond.  Passport turned over to Pretrial Services.  Confession of Judgement to be filed on or before November 20, 2015.