# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| United States of America | ) |
| v. | ) ) ) ) ) |
| **SALMAN SIDDIQUI** <br> *Defendant* |  |

Case No. MJ-15-1056-03

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Nov 12, 2015

*Defendant's signature*

*Signature of defendant's attorney*

JOHN CARMAN
*Printed name and bar number of defendant's attorney*

666 Old Country Rd
Garden City 11530
*Address of defendant's attorney*

john@johncarman.law
*E-mail address of defendant's attorney*

516-683-3600
*Telephone number of defendant's attorney*

516-683-8410
*FAX number of defendant's attorney*