LAW OFFICE OF
# JOHN F. CARMAN

| | |
|---|---|
| 666 OLD COUNTRY ROAD<br>SUITE 501<br>GARDEN CITY, NEW YORK 11530 | TELEPHONE (516) 683-3600<br>FACSIMILE (516) 683-8410<br>JOHN@JOHNCARMANLAW.COM |

August 31, 2016

**VIA ECF**
Magistrate Judge Gary Brown
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

                *Re:    **United States v. Salman Siddiqui**
                         **Docket No. 2015-cr-01056***

Dear Judge Brown:

      I represent Salman Siddiqui in connection with the above referenced matter and submit this letter in support of Mr. Siddiqui's request to travel to Baltimore from September 3, 2016 until September 5, 2016. Mr. Siddiqui will be staying at the Hyatt located at 300 Light Street in Baltimore, Maryland.

      Mr. Siddiqui is in compliance with his supervision conditions which restrict his travel to the SDNY and EDNY. I have informed the government of my intention of making this application and AUSA Lara Gatz does not oppose this request.

      Thank you for your consideration.

Very truly yours,

   /s/
JOHN F. CARMAN
(JC 7149)

JFC/ams

So ORDERED:

/s/ Gary Brown
US MJ.